# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

_____

### No. 201600296

_____

## UNITED STATES OF AMERICA
Appellee

v.

## JEREMIAS ARANDA
Private (E-1), U.S. Marine Corps
Appellant

_____

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Colonel James K. Carberry, USMC.
For Appellant: Major Lee C. Kindlon, USMCR.
For Appellee: Brian K. Keller, Esq.

_____

Decided 1 November 2016

_____

Before MARKS, GLASER-ALLEN, and GROHARING, *Appellate Military Judges*

_____

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c). The supplemental court-martial order will reflect that DNA processing was not required by 10 U.S.C. § 1565 since the offense of which the appellant was convicted did not authorize more than one year of confinement.


For the Court



R.H. TROIDL
Clerk of Court